IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHARLES MCGEE,

Plaintiff,

v.

CITY OF CENTRALIA, *et al.*,

Defendants.

Case No. 17-cv-888 JPG/DGW

### **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: July 23, 2018**     **JUSTINE FLANAGAN, Acting Clerk of Court**

<u>**s/Tina Gray**</u>
**Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**